# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1600

_____

Melissa Jane Lee

*Plaintiff - Appellant*

v.

Southwestern Bell Telephone Co.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: November 27, 2017
Filed: December 1, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, COLLOTON, Circuit Judges.

_____

PER CURIAM.

Melissa Lee appeals the district court's[1] adverse grant of summary judgment in her action claiming employment discrimination and retaliation. Having reviewed

---

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

the record and the parties' arguments on appeal, we conclude that summary judgment was properly granted for the reasons stated in the district court's order, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review); and that the district court did not err in not recusing itself sua sponte, see United States v. Rubashkin, 655 F.3d 849, 858 (8th Cir. 2011) (plain error review).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____